IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**SHORT FORM COMPLAINT AND JURY DEMAND**

The Plaintiffs, named herein through Exhibit A, file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

1

**Plaintiffs**

1. Plaintiffs, listed in attached Exhibit A, allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information, listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 7 | CARRIER GLOBAL CORPORATION |
| Defendant 8 | CHEMDESIGN PRODUCTS, INC |
| Defendant 9 | CHEMGUARD INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CHEMOURS COMPANY FC, LLC |
| Defendant 12 | CHUBB FIRE, LTD |
| Defendant 13 | CLARIANT CORP |
| Defendant 14 | CORTEVA, INC |
| Defendant 15 | DEEPWATER CHEMICALS, INC |

| | |
|---|---|
| Defendant 16 | DU PONT DE NEMOURS INC (f/k/a DOWDUPONT INC.) |
| Defendant 17 | DYNAX CORPORATION |
| Defendant 18 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 19 | KIDDE PLC |
| Defendant 20 | NATION FORD CHEMICAL COMPANY |
| Defendant 21 | NATIONAL FOAM INC |
| Defendant 22 | THE CHEMOURS COMPANY |
| Defendant 23 | TYCO FIRE PRODUCTS LP |
| Defendant 24 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 25 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.) |

**Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction based on:

    Diversity

    Federal Question

    The "Mass Action" provisions of the Class Action Fairness Act

    ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    Other:_____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

   - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
   - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
   - Exposure to turnout gear ("TOG") containing PFAS.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

   Kidney Cancer
   Testicular Cancer
   Thyroid Disease
   Ulcerative Colitis
   Liver Cancer
   Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff, listed in Exhibit A, adopts and alleges such Causes as indicated on Exhibit A:

    Count I – Defective Design
    Count II – Failure to Warn
    Count III – Negligence
    Count IV – Negligence Per Se
    Count V – Trespass and Battery
    Count VI – Strict Product Liability
    Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII – Concealment, Misrepresentation, and Fraud
    Count IX – Conspiracy
    Count X – Wrongful Death
    Count XI – Loss of Consortium

    <u>Other Causes of Action:</u>
    Count XII – _____
    Count XIII – _____
    Count XIV – _____
    Count XV – _____
    Count XVI – _____
    Count XVII – _____
    Count XVIII – _____
    Count XIX – _____
    Count XX – _____
    Others
    _____
    _____
    _____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date:_____          Respectfully Submitted,

                                                                   The ClaimBridge PLLC

/s/:_____

Michael A. Hochman Esq. 5411

McPherson Rd Ste. 110 Laredo, Texas

78041 Telephone: (956) 704-5187

Facsimile: (956) 368-1343

Attorney for Plaintiffs

**Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation , MDL 287**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Westbrook, Michael Eugene | 01/12/1978 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 2. | Westbrook, Rosline | | IL | Northern District of Illinois | | | | | Count XI |
| 3. | Welch, Jeffrey John | 08/22/1952 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 4. | Velasquez Jr., Jino | 04/14/1982 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 5. | Vargas, Jessica Jane | 09/24/1973 | WI | Eastern District of Wisconsin | No | Yes | No | Kidney Cancer, Pregnancy Induced Hypertension, Prostate Cancer | Counts I-XI |
| 6. | Van Leer, Barbara Ann | 01/01/1960 | DE | District of Delaware | No | Yes | No | Kidney Cancer, Thyroid Disease, Pancreatic Cancer | Counts I-XI |
| 7. | Leer, Michael Van | | DE | District of Delaware | | | | | Count XI |
| 8. | Trusel, Benny Ray | 04/29/1959 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol, Prostate Cancer, Liver Cancer | Counts I-XI |
| 9. | Tracy, Sylvia Hughes | 02/20/1958 | VA | Western District of Virginia | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 10. | King, Ricky | | VA | Western District of Virginia | | | | | Count XI |
| 11. | Tovar, Aide Maria | 07/26/1962 | CA | Central District of California | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 12. | Tidwell, Jennifer Ann | 11/19/1987 | GA | Northern District of Georgia | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 13. | Tidwell, Frank | | GA | Northern District of Georgia | | | | | Count XI |
| 14. | Taylor, DeCarlos Rayshun | 09/29/1979 | AL | Southern District of Alabama | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 15. | Sullivan, Beverly Ruth | 05/22/1943 | SC | District of South Carolina | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 16. | Sullivan, Michael L | | SC | District of South Carolina | | | | | Count XI |
| 17. | Smiley, Lewis Charles | 09/09/1954 | AL | Southern District of Alabama | No | Yes | No | Kidney Cancer | Counts I-XI |
| 18. | Simpson, Mildred Elaine | 01/17/1958 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 19. | Sierra-Rodriguez, Ricardo | 05/04/1981 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 20. | Sherman, James Edward | 11/05/1944 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 21. | Serlick, Ira | 05/01/1960 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 22. | Serafini, Michael | 12/13/1957 | IN | Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 23. | Sein, Jesus Enrique | 11/24/1954 | NM | District of New Mexico | No | Yes | No | Liver Cancer | Counts I-XI |
| 24. | Sien, Veronica | | NM | District of New Mexico | | | | | Count XI |
| 25. | Scott, Gary Paul | 12/24/1956 | MS | Northern District of Mississippi | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 26. | Scott, April Suzanne OBO Knapp, Elmer Clifford | 04/03/1949 | NC | Middle District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 27. | Santana, Tammy Lynn OBO Santana, Daniel | 05/01/1965 | NY | Western District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |
| 28. | Samora, Susan Kaye OBO Andarde, Steven Anthony | 06/08/1981 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 29. | Samora, Susan Kaye | | CA | Central District of California | | | | | Count XI |
| 30. | Rush, Mischel Lea | 10/16/1954 | IL | Northern District of Illinois | No | Yes | No | Ulcerative Colitis, Thyroid Cancer, Liver Cancer | Counts I-XI |
| 31. | Rogers, Danielle Suzanne | 06/08/1973 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 32. | Rodriguez, Joe Louis | 10/09/1969 | IL | Northern District of Illinois | No | Yes | No | Thyroid Disease, Kidney Cancer, High Cholesterol | Counts I-XI |
| 33. | Robledo, Frutoso Jr. | 10/15/1955 | TX | Eastern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 34. | Robinson, Frank Edward | 11/29/1968 | MD | District of Maryland | No | Yes | No | Thyroid Disease | Counts I-XI |
| 35. | Waiters, Alison | | MD | District of Maryland | | | | | Count XI |
| 36. | Rinesmith, Naomi Amanda | 10/16/1992 | FL | Middle District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 37. | Sink, Christopher | | FL | Middle District of Florida | | | | | Count XI |
| 38. | Rickabaugh, Angela Michelle | 11/17/1968 | TX | Northern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 39. | Richardson-Caples, Gloria Faye | 12/17/1964 | LA | Western District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 40. | Rice, Leo Jr. | 10/02/1957 | TX | Northern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol, Prostate Cancer | Counts I-XI |
| 41. | Rice, Debbie Scott | | TX | Northern District of Texas | | | | | Count XI |
| 42. | Rice, Debra Zelmer | 03/25/1954 | FL | Middle District of Florida | No | Yes | No | Ulcerative Colitis, Thyroid Disease | Counts I-XI |
| 43. | Reyes, Salome | 04/04/1981 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 44. | Retton, Joni Rena | 05/25/1981 | OH | Northern District of Ohio | No | Yes | No | Ulcerative Colitis, High Cholesterol, Thyroid Cancer | Counts I-XI |
| 45. | Renshaw, William B. | 11/15/1968 | AZ | District of Arizona | No | Yes | No | Kidney Cancer, Thyroid Disease, Thyroid Cancer | Counts I-XI |
| 46. | Remmy, Kevin Eugene OBO Remmy, Valerie Rose | 05/12/1961 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 47. | Remmy, Kevin Eugene | | OH | Southern District of Ohio | | | | | Count XI |
| 48. | Ramirez, Julie OBO Ramirez, Robert H. | 08/08/1957 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 49. | Pugh, David Michael | 02/27/1958 | OR | District of Oregon | No | Yes | No | Testicular Cancer, Non - Hodgkin's Lymphoma | Counts I-XI |
| 50. | Pringle, Thomas Samford | 02/20/1969 | PA | Western District of Pennsylvania | Yes | Yes | No | Ulcerative Colitis, Colon Cancer | Counts I-XI |
| 51. | Pringle, June | | PA | Western District of Pennsylvania | | | | | Count XI |
| 52. | Porter Jr., Danny Clyde | 06/09/1971 | FL | Southern District of Florida | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 53. | Phillips, Howard Patrick | 01/05/1969 | TX | Northern District of Texas | No | Yes | No | Testicular Cancer | Counts I-XI |
| 54. | Philips, Adrianne Osmus | | TX | Northern District of Texas | | | | | Count XI |

| # | Name | DOB | State | District | | | | Conditions | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 55. | Phoenix, Chyanna Aurora | 05/12/1964 | WA | Western District of Washington | No | Yes | No | Kidney Cancer, High Cholesterol, Thyroid Cancer | Counts I-XI |
| 56. | Pew, Maria Raphaela | 08/20/1953 | GA | Northern District of Georgia | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 57. | Peoples Jr. Porter Henry | 09/21/1959 | TN | Western District of Tennessee | No | Yes | No | Kidney Cancer | Counts I-XI |
| 58. | Padilla, Anthony | 03/03/1962 | CA | Central District of California | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 59. | Owens, Michael Wayne | 12/13/1956 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 60. | Ostrom, Pamela Kay | 10/12/1952 | AZ | District of Arizona | No | Yes | No | Kidney Cancer | Counts I-XI |
| 61. | Ordonez III, Joseph Anthony | 07/28/1962 | AZ | District of Arizona | No | Yes | No | Kidney Cancer, Liver Cancer | Counts I-XI |
| 62. | Ordonez, Shonda | | AZ | District of Arizona | | | | | Count XI |
| 63. | Nolan, Odette Regina | 08/30/1966 | MD | District of Maryland | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 64. | Stewart, Malcolm | | MD | District of Maryland | | | | | Count XI |
| 65. | Newman, Robert Larry | 01/28/1952 | MO | Eastern District of Missouri | No | Yes | No | Kidney Cancer | Counts I-XI |
| 66. | Nelson, Susan Ramona | 08/24/1962 | WI | Eastern District of Wisconsin | No | Yes | No | Thyroid Disease, Thyroid Cancer, High Cholesterol | Counts I-XI |
| 67. | Nanton, Michelle Martina | 06/08/1977 | TX | Southern District of Texas | No | Yes | No | Ulcerative Colitis, Pregnancy Induced Hypertension | Counts I-XI |
| 68. | Myers, Kelly Leigh | 09/24/1974 | AZ | District of Arizona | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 69. | Muhammad, Alphonso | 07/19/1963 | AL | Southern District of Alabama | No | Yes | No | Kidney Cancer, Liver Cancer, High Cholesterol | Counts I-XI |
| 70. | Muhammad, Shanreka | | AL | Southern District of Alabama | | | | | Count XI |
| 71. | Mount Jr, William Percy | 10/27/1956 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer, Testicular Cancer | Counts I-XI |
| 72. | Mosqueda, Juanita | 11/24/1953 | IL | Northern District of Illinois | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 73. | Morris, Susie Ann | 01/15/1957 | CO | District of Colorado | No | Yes | No | Ulcerative Colitis, High Cholesterol, Colon Cancer | Counts I-XI |
| 74. | Morris, Johnny J. | | CO | District of Colorado | | | | | Count XI |
| 75. | Mora, Allen Shon | 12/26/1965 | OK | Northern District of Oklahoma | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 76. | Moquete, Rosanna | 11/24/1950 | UT | District of Utah | No | Yes | No | Liver Cancer | Counts I-XI |
| 77. | Montgomery, Robert Earl | 10/24/1952 | OH | Northern District of Ohio | No | Yes | No | Liver Cancer, Kidney Cancer | Counts I-XI |
| 78. | Moncrief, Odell | 06/29/1945 | CA | Central District of California | No | Yes | No | Kidney Cancer, Bladder Cancer | Counts I-XI |
| 79. | Enbeala, Genet | | CA | Central District of California | | | | | Count XI |
| 80. | Mitchell, Pamela Denice | 12/24/1971 | LA | Western District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 81. | Mirowski-Rogers, Victoria Lynn | 02/09/1953 | CO | District of Colorado | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 82. | McKinley, James Maurice | 05/13/1933 | IL | Southern District of Illinois | No | Yes | No | Kidney Cancer, Prostate Cancer | Counts I-XI |
| 83. | McCord, Holly Kay | 09/20/1970 | TX | Northern District of Texas | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 84. | Maurer, Mark Richard | 10/06/1971 | NY | Northern District of New York | No | Yes | No | High Cholesterol, Liver Cancer | Counts I-XI |
| 85. | Mattingly, Margaret Jeaneane | 10/11/1951 | OK | Northern District of Oklahoma | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 86. | Mattingly, Jerry | | OK | Northern District of Oklahoma | | | | | Count XI |
| 87. | Mason, Maurice Dennell | 10/15/1972 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I-XI |
| 88. | Mason, Lisa M. | | MI | Eastern District of Michigan | | | | | Count XI |
| 89. | Martin, Kurt Donnell | 12/14/1964 | MI | Western District of Michigan | No | Yes | No | Liver Cancer, High Cholesterol | Counts I-XI |
| 90. | Martin, Gregory | 05/15/1964 | OK | Eastern District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 91. | Lucero, Steven Richard | 05/23/1971 | CO | District of Colorado | No | Yes | No | Kidney Cancer | Counts I-XI |
| 92. | Loswego, Matthew | 10/26/1982 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 93. | Lorenzen, Barbara Ann | 02/29/1948 | AZ | District of Arizona | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 94. | Liscombe, Gedion Alexander | 11/11/1975 | FL | Southern District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 95. | Lindsay, Joseph Deon | 02/21/1974 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I-XI |
| 96. | Lewis, Welton Vernall | 08/29/1943 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I-XI |
| 97. | Lewis, Carolin | | MI | Eastern District of Michigan | | | | | Count XI |
| 98. | Lewis, Harold Donald. Jr. | 02/13/1957 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 99. | Lewis, Tina | | IL | Northern District of Illinois | | | | | Count XI |
| 100. | Levy, Campbell Windell | 06/28/1962 | CA | Northern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 101. | Lawson, Candice Rae | 12/27/1950 | MO | Eastern District of Missouri | No | Yes | No | Kidney Cancer | Counts I-XI |
| 102. | Lawson, Tommy | | MO | Eastern District of Missouri | | | | | Count XI |
| 103. | Lawrence Jr., Samuel | 04/05/1965 | PA | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer, High Cholesterol, Prostate Cancer | Counts I-XI |
| 104. | Kumar, Ashween | 12/27/1967 | CA | Eastern District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 105. | Kowalewski, Thomas Joseph | 12/03/1943 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer, Prostate Cancer, Bladder Cancer | Counts I-XI |
| 106. | Kowaleski, Sandra | | MI | Eastern District of Michigan | | | | | Count XI |
| 107. | Kovach, Joseph John | 11/07/1960 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer, Testicular Cancer | Counts I-XI |
| 108. | Kemp, Kartrice Marie | 12/30/1986 | TX | Eastern District of Texas | No | Yes | No | Kidney Cancer, Liver Cancer | Counts I-XI |
| 109. | Keever, Wilford Thomas | 07/15/1966 | KS | District of Kansas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 110. | Keever, Lana | | KS | District of Kansas | | | | | Count XI |
| 111. | Jones, Theodore Edward | 07/27/1948 | PA | Western District of Pennsylvania | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 112. | Jones, Michael James | 02/18/1955 | IL | Northern District of Illinois | Yes | Yes | No | Kidney Cancer, High Cholesterol, Colon Cancer | Counts I-XI |
| 113. | Jones, Larry Fochen | 12/20/1961 | NY | Southern District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |

| # | Name | DOB | State | District | | | | Conditions | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 114. | Johnson, Sharon Deneda | 06/11/1953 | NY | Eastern District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |
| 115. | Hale, Wesley David | 11/08/1963 | OK | Western DIstrict of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 116. | Hale, Angela | | OK | Western DIstrict of Oklahoma | | | | | Count XI |
| 117. | Green, Johnny II | 08/18/1971 | OH | Northern District of Ohio | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 118. | Gonzalez Maria Del Rosario | 11/23/1956 | CA | Southern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 119. | Goldsmith IV, William Louis | 06/23/1950 | MD | District of Maryland | No | Yes | No | Kidney Cancer, Lung Cancer | Counts I-XI |
| 120. | Gleghorn, Alan Dean | 11/29/1947 | IN | Southern District of Indiana | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 121. | Gleghorn, Denise | | IN | Southern District of Indiana | | | | | Count XI |
| 122. | Fulton, Herbert Marlin Jr. | 03/07/1967 | MA | District of Massachusetts | No | Yes | No | Testicular Cancer | Counts I-XI |
| 123. | Fulkerson, Margaret Hemstreet | 10/15/1956 | FL | Middle District of Florida | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 124. | Florez, Bruno | 10/06/1951 | PA | Western District of Pennsylvania | No | Yes | No | Liver Cancer, High Cholesterol | Counts I-XI |
| 125. | Ewing, Daphne NaTonja | 9/20/1978 | MS | Northern District of Mississippi | No | Yes | No | Ulcerative Colitis, Pregnancy Induced Hypertension | Counts I-XI |
| 126. | Harris, Albert R. | | MS | Northern District of Mississippi | | | | | Count XI |
| 127. | Evaro, Shirley | 01/31/1959 | CA | Central District of California | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 128. | Evans, Douglas John | 07/13/1963 | IN | Southern District of Indiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 129. | Estrada, Adrian | 04/10/1981 | AZ | District of Arizona | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 130. | Esperanzate, Nathaniel | 12/14/1972 | TX | Southern District of Texas | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 131. | Esperanzate, Naneth | | TX | Southern District of Texas | | | | | Count XI |
| 132. | Elizondo, Alexander Roland | 05/31/1956 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 133. | Edwards, Christopher Stephan | 12/25/1952 | IN | Southern District of Indiana | No | Yes | No | Liver Cancer | Counts I-XI |
| 134. | Edmiston, Joan Lucille | 05/09/1970 | FL | Middle District of Florida | No | Yes | No | Thyroid Disease, Ulcerative Colitis, Pregnancy Induced Hypertension, High Cholesterol | Counts I-XI |
| 135. | Edmiston, Randy | | FL | Middle District of Florida | | | | | Count XI |
| 136. | Dunnaway, Terrance Germaine | 10/21/1976 | LA | Middle District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 137. | DeWerth, Marc Adrian | 02/25/1955 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 138. | Dent, Patricia Dianne | 03/09/1953 | VA | Eastern District of Virginia | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 139. | Dehart, April Dawn | 04/29/1976 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 140. | Deemua, Kendra Michael | 02/07/1979 | AZ | District of Arizona | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 141. | Da Silva, Ari Gomes | 09/26/1961 | CA | Northern District of California | No | Yes | No | Liver Cancer, High Cholesterol | Counts I-XI |
| 142. | Crockett, Norman | 09/19/1958 | VA | Eastern District of Virginia | No | Yes | No | Kidney Cancer, High Cholesterol, Lung Cancer | Counts I-XI |
| 143. | Courcier, Stephanie Jane | 07/27/1961 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol, Liver Cancer | Counts I-XI |
| 144. | Coleman, Vicki Renee | 05/20/1959 | IN | Southern District Of Indiana | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 145. | Clare, Daniel Walter | 10/27/1974 | MI | Western District of Michigan | No | Yes | No | Kidney Cancer, Liver Cancer | Counts I-XI |
| 146. | Hudon, Renee | | MI | Western District of Michigan | | | | | Count XI |
| 147. | Siegel, Steven Richard | 10/02/1954 | MO | Eastern District of Missouri | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 148. | Caldwell, Gerald Rigg | 08/10/1956 | TX | Southern District of Texas | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 149. | Caesar, Henrietta | 03/07/1959 | SC | District of South Carolina | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 150. | Bubalo, Florene Ann | 08/23/1940 | MN | District of Minnesota | No | Yes | No | Liver Cancer, High Cholesterol, Colon Cancer | Counts I-XI |